TOTAL TIME: ___ hours 30 minutes    DEPUTY CLERK Dero    HONORABLE Droney    RPTR/ERO/TAPE Marshall

CT cymhrg (October 17, 2001)

DATE 1-29-04    START TIME 11:30    END TIME 12:00
RECESS FROM ___ TO ___    LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

Mastrianni

vs.

Bayer

CIVIL NO. 302CV2261(CFD)

Rintoul
                  Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL

Harris
                  Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☒ #9    Motion for Judgment    ☐ granted ☐ denied ☒ advisement
☒ #16   Motion to Amend        ☐ granted ☐ denied ☒ advisement

Hearing continued until ___ at ___