

*[Left margin, handwritten, rotated:]* DENIED, without prejudice to filing a motion for summary judgment. SO ORDERED. /s/ Christopher F. Droney, United States District Judge 1/29/2004

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:02CV2261 (CFD) |
| BAYER CORPORATION, *et al.*, | : May 2, 2003 |
| Defendants. | : |

### MOTION FOR JUDGMENT ON PLEADINGS

Bayer Corporation ("Bayer") and the Bayer Corporation Disability Plans ("the Plan"), collectively referred to below as "defendants," by their counsel, Wiggin & Dana LLP, move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) upon the following grounds:

1. Defendants are entitled to judgment as a matter of law as plaintiff can prove no set of facts in support of his claim that would entitle him to relief.

2. Plaintiff, while represented by counsel, executed a general release after attempting unsuccessfully to preserve the very claim for disability benefits upon which this litigation is based.