

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI<br>Plaintiff, | CIVIL ACTION NO:<br>3:02 CV 2261 (CFD) |
| BAYER CORPORATION; and BAYER<br>CORPORATION DISABILITY PLANS<br>Defendants. | JUNE 25, 2003 |

### REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff hereby moves pursuant to Fed. R. Civ. Pro. Rule 15(a) for leave of the court to file his first amended complaint, attached hereto.

THE PLAINTIFF,

By _____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Juris No. 413634

GRANTED. Good cause is found. SO ORDERED.

Christopher F. Droney
United States District Judge
1/29/04

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
2252 MAIN STREET – GLASTONBURY, CONNECTICUT 06033 – (860) 659-0700 – JURIS NO. 413634