UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 P 3: 17
DISTRICT COURT
HARTFORD, CT.

DAVID MASTRIANNI.,
    Plaintiff,

v.

BAYER CORPORATION,
    Defendant.

: Civil Action No. 3:02CV2261 (CFD)

### ORDER

The Trial Memorandum Order [Doc. # 27], dated February 4, 2004, is hereby VACATED.

SO ORDERED this 13th day of February 2004 at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE