## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DAVID MASTRIANNI                           :          CIVIL ACTION NO:
    Plaintiff,                         :          3:02 CV 22611(CFD)
                                       :
                                       :
BAYER CORPORATION; and BAYER               :
CORPORATION DISABILITY PLANS               :          MAY 14, 2004
    Defendants.                        :

### MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUESTS FOR ADMISSION

Plaintiff hereby moves pursuant to Local Rule 7(b)(1) for an extension from May 15,

2004 to May 20, 2004 to respond to Defendants' First Interrogatories and Request for

Production dated April 15, 2004, and Defendants' Requests for Admission.  The

undersigned states that despite diligent effort, he cannot ascertain opposing counsel's

position on this request.  This is plaintiff's first request for an extension of time for this

deadline

THE PLAINTIFF,

By

David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033

(860) 659-0700
Juris No. 413634

## **CERTIFICATION**

      The undersigned certifies that a copy of the foregoing was sent May 14, 2004, certified mail, postage prepaid, to:

Stephen B. Harris
Wiggin & Dana, LLP
185 Asylum Street
Hartford CT 06103

David S. Rintoul

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW

2252 MAIN STREET – GLASTONBURY, CONNECTICUT 06033 – (860) 659-0700 – JURIS NO. 413634