UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID MASTRIANNI | : | |
| | : | |
| v. | : | No. 3:02CV2261(CFD) |
| | : | |
| BAYER CORP. | : | |

## ORDER RE STATUS

On or before January 20, 2005, the parties shall file with the Clerk at Hartford a joint status report setting forth the information described below.  If the parties disagree as to the information to be provided, set forth the different responses following the request.

A. **Nature of the Case**

  1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

  2. Are there any motions pending?  If so, list them.

  3. Will this matter be tried to a jury or to the court?  If it will be tried partially to each, explain.

B. **Discovery**

  1. Is discovery completed?  If not, how much additional time is requested?  Will there be a request for a modification of the Scheduling Order?  What will be the request?

C. **Settlement**

  1. When was the last settlement conference and who conducted it?

  2. Are there any outstanding reports due any party or the person conducting the settlement conference?

  3. Do the parties believe a settlement conference would be beneficial at this time?

D. **Trial Preparation**

1. When will the case be ready for trial?

2. What additional preparation, other than that previously discussed, is required?

3. Are there additional pleadings to be filed? If so, state their nature.

4. Has a joint trial memorandum been filed? If not, when is it due?

Note: Filing the status report does not constitute a motion to extend the time limits set forth in the case management report. A separate motion to extend is required.

/s/ CFD
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
Date: 12/30/04