UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Civil Action No. 3:02 CV 2261 (CFD) |
| | : |
| BAYER CORPORATION and | : |
| BAYER CORPORATION | : |
| DISABILITY PLANS, | :     January 20, 2005 |
| | : |
| Defendants. | : |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for defendants Bayer Corporation and Bayer Corporation Disability Plans.

            DEFENDANTS
            BAYER CORPORATION and BAYER
            CORPORATION DISABILITY PLANS

By: _William J. Albinger_
      William J. Albinger (ct18861)
      Wiggin and Dana, LLP
      One Century Tower
      265 Church Street
      New Haven, Connecticut 06510
      (203) 498-4400

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of January, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>David S. Rintoul
>Brown Paindris & Scott, LLP
>The Old Town Hall
>2252 Main Street
>Glastonbury, CT 06033

and by certified mail, to the following:

>William Klemick, Esq.
>Senior Counsel
>Bayer Corporation
>100 Bayer Road
>Pittsburgh, PA 15205-9741

_____
William J. Albinger

\11400\41\511204.1