**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID MASTRIANNI | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3:02 CV 22611(CFD) |
| | : | |
| | : | |
| BAYER CORPORATION; and BAYER | : | |
| CORPORATION DISABILITY PLANS | : | JANUARY 19, 2005 |
| Defendants. | : | |

## JOINT STATUS REPORT

The parties hereby submit this joint status report in response to the Court's order of December 30, 2004.

A.  Nature of the Case

Plaintiff seeks disability benefits pursuant to 29 U.S.C. §1132(A)(1)(b), alleging that his right to receive long-term disability benefits vested prior to the day his employment was terminated in connection with a reduction in force.  Defendants claim that Mastrianni's participation in the disability plan terminated the day his employment was terminated in connection with a reduction in force, and that he released any claim for disability benefits when he signed a separation agreement as a condition of receiving severance.

No motions are pending.  Defendant intends to file a motion for summary judgment on or before February 15, 2005.

This case will be tried to the court

B.  Discovery

Discovery is complete, with the exception of defendant's proposed deposition of plaintiff's counsel David Rintoul, related to the issue of whether plaintiff's signing of the release was knowing and voluntary.  Counsel are discussing whether it will be possible to obtain the information sought through alternative means.

C.  Settlement

The last settlement conference occurred on June 16, 2004, conducted by Magistrate Judge Smith.  There are no outstanding reports.  Plaintiff continues to believe that a further settlement conference would be beneficial, while the defendant does not.

D.  Trial Readiness

The case will be ready for trial after decision on defendants' motion for summary judgment, assuming the motion is not granted.  If so, following decision on the motion for summary judgment, the parties request ninety days to file the joint trial memorandum.  There is currently no due date for the joint trial memorandum.

The undersigned certifies that counsel for defendant has approved this report, and has

authorized plaintiff's counsel to file it as their joint status report.

PLAINTIFF
DAVID MASTRIANNI

By:_____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, postage pre-paid on January 19, 2005 to:

Stephen B. Harris
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, CT 06510

David S. Rintoul

3