## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID MASTRIANNI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 3:02CV2261 (CFD)** |
| | : | |
| **BAYER CORPORATION and** | : | **February 15, 2005** |
| **BAYER CORPORATION** | : | |
| **DISABILITY PLANS,** | : | |
| | : | |
| **Defendants.** | : | |

### MOTION TO MODIFY JOINT STATUS REPORT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Bayer Corporation ("Bayer") and the Bayer Corporation Disability Plans ("the Plan"), collectively referred to below as "defendants," respectfully requests a modification of the Joint Status Report, dated January 19, 2005, to extend the deadline for defendants to file a motion for summary judgment one additional week, to and including February 23, 2005.

Counsel for defendants require the additional time to reasonably consult with defendants on the motion for summary judgment and the memorandum of law in support. Plaintiff's counsel has been contacted and has no objection to this request for a modification of the deadline.

DEFENDANTS
BAYER CORPORATION and BAYER
CORPORATION DISABILITY PLANS

By:     _William J. Albinger_

William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001
203.498.4400
203.782.2889 fax

OF COUNSEL:

William J. Klemick, Pa. Bar No. 51688
Bayer Corporate and Business Services LLC
100 Bayer Road
Pittsburgh, PA  15205-9741
(412) 777-8304

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail, postage pre-paid, this 15th day of February, 2005, upon the following counsel:

>
> David S. Rintoul, Esq.
> Brown Paindiris & Scott, LLP
> The Old Town Hall
> 2252 Main Street
> Glastonbury, CT 06033

William J. Albinger

\11400\41\515999.1