UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:02CV2261 (CFD) |
| BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS, | : February 23, 2005 |
| Defendants. | : |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules, Bayer Corporation ("Bayer") and the Bayer Corporation Disability Plans ("the Plan"), collectively referred to below as "defendants," respectfully move the Court to enter summary judgment in their favor on plaintiff's First Amended Complaint, dated June 25, 2003. In support of their motion, defendants respectfully represent that:

1. Defendants are entitled to judgment as a matter of law as there are no genuine issues as to any material fact with respect to plaintiff's claims.

2. Plaintiff, while represented by counsel, executed a general release after attempting unsuccessfully to preserve the very claim for disability benefits upon which this litigation is based.

3. Plaintiff's legal argument that his disability benefit claim could not be waived because his right to benefits was "vested" is without merit.

In further support of their motion, defendants submit herewith a Memorandum of Law

**ORAL ARGUMENT REQUESTED**

and a Local Rule 56 (a)(1) Statement of undisputed facts.

WHEREFORE, defendants respectfully request that this Court grant summary judgment in their favor.

Respectfully submitted,

DEFENDANTS
BAYER CORPORATION and BAYER
CORPORATION DISABILITY PLANS

By: _William J. Albinger_
William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001
203.498.4400
203.782.2889 fax


OF COUNSEL:

William J. Klemick, Pa. Bar No. 51688
Bayer Corporate and Business Services LLC
100 Bayer Road
Pittsburgh, PA 15205-9741
(412) 777-8304

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment was served by U.S. mail, postage pre-paid, this 23rd day of February, 2005, upon the following counsel:

>David S. Rintoul, Esq.
>Brown, Paindiris & Scott, LLP
>The Old Town Hall
>2252 Main Street
>Glastonbury, CT 06033

_____
William J. Albinger

\11400\41\512439.1