UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:02CV2261 (CFD) |
| BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS, | : February 23, 2005 |
| Defendants. | : |

## DEFENDANT'S NOTICE OF MANUAL FILING

Please take notice that defendants, Bayer Corporation and Bayer Corporation Disability Plans (collectively referred to as "Defendants"), have manually filed the following documents:

Exhibits 1 through 12 to Defendants' Local Rule 56(a)1 Statement of Undisputed Facts.

These documents have not been filed electronically because

[ ]   the documents cannot be converted to an electronic format

[ X ]   the electronic file size of the documents exceeds 1.5 megabytes

[ ]   part of the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Defendants is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

        DEFENDANTS
        BAYER CORPORATION and BAYER
        CORPORATION DISABILITY PLANS

By: *William J. Albinger*
    William J. Albinger, ct19861
    Wiggin and Dana LLP
    One Century Tower
    265 Church Street
    New Haven, CT 06510-7001
    203.498.4400
    203.782.2889 fax

OF COUNSEL:

William J. Klemick, Pa. Bar No. 51688
Bayer Corporate and Business Services LLC
100 Bayer Road
Pittsburgh, PA  15205-9741
(412) 777-8304

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail, postage pre-paid, this 23rd day of February, 2005, upon the following counsel:

>David S. Rintoul, Esq.
>Brown Paindiris & Scott, LLP
>The Old Town Hall
>2252 Main Street
>Glastonbury, CT 06033

_____
William J. Albinger

\11400\41\515790.1