IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI<br>Plaintiff, | CIVIL ACTION NO:<br>3: 02 CV 2261 (CFD) |
| BAYER CORPORATION and BAYER<br>CORPORATION DISABILITY PLANS<br>Defendants. | March 14, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 6(b), the plaintiff, David Mastrianni, in the above-entitled action hereby moves the Court for an additional twenty-one (21) days up to and including April 6, 2005 within which to respond to the defendants, Bayer Corporation and Bayer Corporation Disability Plans' Motion for Summary Judgment dated February 23, 2005.

The Plaintiff hereby represents that such an extension is necessary in order for it to adequately respond to said Motion.

The undersigned has inquired of opposing counsel with regard to this request, and counsel has no objection to the 21-day extension requested. This is the first such Motion for Extension of Time addressed to the Defendants' Motion for Summary Judgment.

-2-

PLAINTIFF,
DAVID MASTRIANNI


By_____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Juris No. 413634

## **CERTIFICATION**

The undersigned certifies that a copy of the foregoing was sent March 14, 2005, certified mail, postage prepaid, to:

Lori Rittman Clark, Esq.
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

Stephen B. Harris, Esq.
Wiggin & Dana
265 Church St.
New Haven, CT 06510

William J. Albinger, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

_____
David S. Rintoul