IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID MASTRIANNI | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3: 02 CV 2261 (CFD) |
| | : | |
| | : | |
| BAYER CORPORATION and BAYER | : | |
| CORPORATION DISABILITY PLANS | : | April 7, 2005 |
| Defendants. | : | |

### MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Local Rule 6(b), the plaintiff, David Mastrianni, in the above-entitled action hereby moves the Court for an additional one days up to and including April 7, 2005 within which to respond to the defendants, Bayer Corporation and Bayer Corporation Disability Plans' Motion for Summary Judgment dated February 23, 2005, which opposition is filed simultaneously herewith.

The Plaintiff hereby represents that such an extension is necessary because of a delay in obtaining the plaintiff's executed affidavit in time for filing. The undersigned has inquired of opposing counsel with regard to this request, and counsel has no objection. This is the second such

-2-

Motion for Extension of Time addressed to the Defendants' Motion for Summary Judgment. The first motion requested an extension of twenty-one days.

PLAINTIFF,

DAVID MASTRIANNI

By _____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700
Juris No. 413634

### CERTIFICATION

The undersigned certifies that a copy of the foregoing was sent April 8, 2005, certified mail, postage prepaid, to:

William J. Albinger, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

_____
David S. Rintoul