UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 3:02 CV 2261 (CFD) |
| : | |
| BAYER CORPORATION and : | |
| BAYER CORPORATION : | |
| DISABILITY PLANS, : | July 21, 2005 |
| : | |
| Defendants. : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendants will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

DEFENDANTS
BAYER CORPORATION and BAYER
CORPORATION DISABILITY PLANS

By: _William J. Albinger_
William J. Albinger (ct19861)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut 06510
(203) 498-4400

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>David S. Rintoul
>Brown Paindris & Scott, LLP
>The Old Town Hall
>2252 Main Street
>Glastonbury, CT 06033

and by certified mail, to the following:

>William Klemick, Esq.
>Senior Counsel
>Bayer Corporation
>100 Bayer Road
>Pittsburgh, PA  15205-9741

_____
William J. Albinger

\11400\41\541193.1