UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID MASTRIANNI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE No. 3:02CV2261 (CFD) |
| : | |
| BAYER CORPORATION and : | |
| BAYER CORPORATION : | |
| DISABILITY PLANS, : | JULY 25, 2005 |
| : | |
| Defendants. : | |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for defendants Bayer Corporation and Bayer Corporation Disability Plans. This will certify that the undersigned is admitted to practice before this Court.

Respectfully submitted,

DEFENDANTS,
BAYER CORPORATION and BAYER
CORPORATION DISABILITY PLANS

By: _____
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Wiggin and Dana LLP
Their Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
(203) 363-7600
(203) 363-7676 (Fax)

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 25th day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>David S. Rintoul
>Brown Paindris & Scott, LLP
>The Old Town Hall
>2252 Main Street
>Glastonbury, CT 06033

_____
Lawrence Peikes

\11400\41\544852.1