UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID MASTRIANNI | : | |
| v. | : | CASE NO. 3:02CV2261(CFD) |
| | : | |
| BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS | | |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on March 22, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 22nd day of March, 2006.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
   Devorah Johnson
   Deputy Clerk